# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JAN 21 2021 PM12:17
FILED-USDC-CT-HARTFORD

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

v. Jennifer Forde

Case No.   3:21-cv-98 (JCH)
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Jennifer Forde is a citizen of United States who
   (Plaintiff)                          (State)
presently resides at 7 Emily Way Suffield CT 06078 .
                    (mailing address)

2. Defendant AH Wireless is a citizen of USA
   (name of first defendant)                    (State)
whose address is 1045 Kennedy rd Windsor CT 06095-7A

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: Consumer Fraud from Att wireless.
See Attached Form Exhibit 2

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Agent Defrauded Customer. on 2/28/2020
Items were returned. Customer was told
Services was Canceled. which really
wasnt Agent Never Cancelled Services.
Even After Merchandise was rendered.
Purchase exhibit 4
return credit exhibit 5

**Claim II**: Att corperate sent my file to collections
Exhibit 2. There was No Services Activated.
Services were returned In 17hrs. Exhibit 2

Supporting Facts:

Exhibit 3\4
fee was reversed.

_____          _____
Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____          _____
Printed Name                                               Printed Name

                                                                 Jennifer Forde
                                                                 7 Emily Way
                                                                 Soffield CT 06078

(   )                                                             (   ) 860 849-4326
Attorney's full address and telephone          Plaintiff's full address and telephone

Email address if available                         Email address if available
                                                                 JForde 1981 @ Gmail, Com


## DECLARATION UNDER PENALTY OF PERJURY

        The undersigned declares under penalty of perjury that he/she is the plaintiff in
the above action, that he/she has read the above complaint and that the information
contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Soffield CT__ on __1-20-2021__ .
                        (location)                    (date)

                                          _____
                                          **Plaintiff's Original Signature**


(Rev.3/29/16)

5

EXHIBIT 1

1-20-2021

Clerk's Office

U.S District Court

Federal Building

450 Main St Hartford CT 06103

Plaintiff: Jennifer Forde

Defendant: AT &T Wireless

On February 27th 2020 (7:00) PM I went to AT &T Wireless Store Located: 1095 Kennedy Rd Windsor CT 06095 Suite: 7A. I inquired about a promotion that was being advertised through the locations front window for No Credit Check Advertisement. The Sales agent told me I qualified for the LG V60 Thin Q 5G Phone. **See Exhibit 1** This phone was displayed as 2 sided screens, but they were sold separately. Sales agent stated that I had to pay first before he was able to go in the back stock room to get the other phone. After I paid for the purchased then he responded back to tell me that I wasn't able to get the second screen. After feeling that I was swindled through the transaction I decided to return the phone on the next business day February 28th 2020 (10:00) AM. At first they refused to return the phone then I threatened that I would get corporate involved. The phone was supposed to be ported, but wasn't due to the wrong account information given. I then was told that I had to pay a $50.00 restocking fee which I had pay. I was ensured that all services were cancelled due to device and service was rendered. Moving forward this store mislead me so they can advance in their sales performance. Also for the past 1 years it was told to me that there was no manager neither. 3/2020-present I have called their customer service number I have been put on lengthy holds and I have been transferred all around to different departments that keep telling me that retention department cancel contracts then the retention department will tell me that customer service cancel contracts. Within the first 16 hours I have cancelled my contract and returned all the merchandise as instructed and AT & T Wireless has been very unfair and unjust in their consumer practices, also my holds have been 1-3 hours diverted to different countries that display poor English and no training on basic related issues. Now I have received a letter from collections with AT &T Wireless as their customer demanding money that I owe them which I have never received services from them. **See Exhibit 2** I am suing AT & T Wireless in the sum of $50,000 For pain and suffering as well as a substantial decline in my credit score due to their false reporting to all three credit bureaus Equifax, Transunion, Experian, also the add on to false billing in collections and for sum of $344.06. There was never no activation to this account.

This Complaint Includes: ATT Wireless 1095 Kennedy Rd Windsor CT 06095 Suite: 7A **Phone: (860) 285-0358**

This Complaint Includes: Corporate AT & T Wireless  208 S. Akard St Dallas, TX 75266  **Phone: (210) 821-4105**

Jennifer Forde **(Plaintiff)**





*Exhibit 2*

**Office Address:**
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517

🖥 www.afnicollections.com

📞 **(877) 284-4245**

Monday – Friday 7am-7pm Central

---

December 4, 2020                                   Collection Notice

JENNIFER FORDE:

**WHAT IS MY ACCOUNT INFORMATION?**

Creditor: AT&T

Creditor Account: 374031369591

Afni, Inc. Account: 079500781-01

Balance Due: $334.06

Discount Offer: $250.55

---

This account has been placed with our agency for collection. In an effort to resolve this matter, we are willing to accept $250.55 to resolve your account. Once you pay this discounted amount, your account will be closed and marked settled in full with Afni, Inc. and AT&T. We look forward to assisting you in resolving your account.

***Discounted Offer: $250.55***

**HOW CAN I MAKE PAYMENT?**

Afni accepts payment made via check, money order, check by phone or credit card.

🖥 Pay online at www.afnicollections.com.

📞 Call (877) 284-4245.

✉ Mail in payment using payment stub below.

---

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion there of, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

---

**\*\*\*Additional Disclosures Below. Please Review\*\*\***
*(Additional disclosures may also be printed on the back of letter.)*

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

All conversations with Afni may be recorded.



Make payment payable to Afni, Inc,
Please include Afni Account # on payment

DEPT 555
PO BOX 4115
CONCORD CA  94524

||||||||||||||||||||||||||||||||||||||||||||||

ADDRESS SERVICE REQUESTED

||||||||||||||||||||||||||||||||||||||||

JENNIFER FORDE
4 EMILY WAY
SUFFIELD CT 06078-2466

| ✉ Pay by Mail | 🖥 Pay Online | 📞 Pay by Phone |
|---|---|---|
| Toll Free #: (877) 284-4245 | | |
| Creditor: AT&T | | |
| Creditor Account #: 374031369591 | | |
| Afni, Inc. Account #: 079500781-01 | | |
| Balance Due: $334.06 | | |
| Discounted Offer: $250.55 | | |

1  010795OO781  991580  00000033406

**RESPOND TO:**

Afni, Inc.
PO Box 3517
Bloomington, IL  61702-3517

||||||||||||||||||||||||||||||||||||||

AFNU2-1203-1459926441-00144-144



Page: 9 of 13

Issue Date:   Mar 28, 2020
Account Number:   374031369591

*Exhibit 3*

...Group 1 continued

| | | | |
|---|---|---|---|
| Total usage | 0.31 | 0 | 0 |
| Included in plan | unlimited | unlimited | unlimited |

*Usage is rounded up based on your plan. For more details on your Shared usage summary, visit att.com/myusage.*

### Phone, 860.849.4326
JENNIFER FORDE

*fee was reversed*

**Activity since last bill**                    *Feb 29 - Mar 28*

→ 1.   Retail Store CPE Chgbck          *Mar 23*          $166.53      ‹ *One-time charge*

**Total for 860.849.4326**                                  **$166.53**

**Total for Wireless**                                      **$166.53**

## News you can use

**Late payment fee increase**
Effective on or after your April bill, for Mobility Consumer/Signature and Digital Life accounts only, the late payment fee/charge will be up to $7.00 (increased from $5.75). For more information on fees, please visit att.com/latepaymentfee

## Important information

**Late payment charge**
The late payment charge for consumer and Individual Responsibility User (IRU) bills not paid in full by the payment due date is $5.75.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

**Surcharges and other fees**
AT&T imposes additional charges on a per line basis, including federal and state universal service charges, an Administrative Fee (to defray certain expenses including charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers, and charges associated with cell site rents and maintenance), and a Regulatory Cost Recovery Charge (to recover costs of compliance with certain government imposed regulatory requirements, including Wireless Number Portability and Number Pooling, and E911). These fees are not taxes or charges that the government requires AT&T to collect from its customers. See att.com/mobilityfees for details.

**AT&T Mobility Center for customers with disabilities**

Questions on accessibility by persons with disabilities: 866.241.6568.

**Written correspondence**
Do not send notes/letters with payment. We cannot guarantee receipt. Send notes/letters to AT&T, P.O. Box 5074, Carol Stream, Illinois 60197-5074 or FAX 314.242.0792.

**Wireless DirectBill charges**
Detail of DirectBill charges can be viewed at att.com/db. The direct billing option offers you the ability to purchase content, goods and features such as apps, games, donations, and services from AT&T and other companies by applying charges to your wireless account.

**Tax ID**
AT&T Mobility Tax ID 84-1659970

Wireless Services provided by AT&T Mobility, LLC.
© 2020 AT&T Intellectual Property. All rights reserved.

*Printed on Recyclable Paper*

**≡   ❇ NETSPEND**   Exhibit 4   🔔

| 03/01/20 | STARBUCKS 4ME14 K... | - $4.59 |
| 03/01/20 | HERSHEYS 4ME14 KE... | - $5.39 |
| 03/01/20 | 2282 WAL-SAMS EAS... | - $39.60 |
| 03/01/20 | 163 BRIDGE STREET ... | - $20.00 |
| 03/01/20 | 1065 KENNEDY RD S... | - $27.19 |
| 03/01/20 | Z MARKET 4ME14 KE... | - $3.28 |

*return date*

| 02/29/20 | AT&T L840 60042 WI... | + $108.04 |
| 02/29/20 | ROCKET LAWYER US ... | - $1.00 |
| 02/29/20 | TACO BELL#29318 E... | - $16.30 |
| 02/29/20 | OLD NAVY US 6784 S... | - $132.77 |

**NETSPEND**   Exhibit 5

| 02/28/20 | CVS/PHARMACY #01... | - $24.89 |
|---|---|---|
| 02/28/20 | STOP & SHOP 0619 ... | - $44.00 |
| 02/28/20 | PRICE CHOPPER #22... | - $9.42 |
| 02/28/20 | Debit: Plan Fee 02/27... | - $5.00 |
| 02/27/20 | Debit: OTC Withdraw... | - $3.00 |
| 02/27/20 | PEOPLE'S UNITED BA... | - $1,000.00 |
| 02/27/20 | Credit: Direct Deposi... | + $1,052.00 |
| 02/27/20 | AT&T L840 60042 WI... | - $166.53 |
| 02/27/20 | TARGET T-2213 1075 ... | - $14.99 |
| 02/27/20 | 124 NORTHAMPTON... | - $20.00 |

Purchase date ↓